**Electronically Filed
Supreme Court
SCWC-19-0000538
26-FEB-2025
12:24 PM
Dkt. 11 ODMR**

SCWC-19-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ELESTHER CALIPJO,
Petitioner/Plaintiff-Appellee,

vs.

JACK PURDY; REGAL CAPITAL CORPORATION;
REGAL CAPITAL COMPANY, LLC,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000538; CASE NO. 5CC041000003)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed on February 19, 2025, which seeks reconsideration of this court's February 14, 2025 Memorandum Opinion, we did not overlook or misapprehend points of law or fact. See Hawaiʻi Rules of Appellate Procedure Rule 40(b).

It is ordered that the motion is denied.

DATED: Honolulu, Hawai‘i, February 26, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens